No. 982. NEVIN, SURVIVING EXECUTOR, ET AL. v. MARTIN, TAX COMMISSIONER, ET AL.

Decided June 5, 1939. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Worcester County Trust Co.* v. *Riley,* 302 U. S. 292. MR. JUSTICE BUTLER dissents. The CHIEF JUSTICE and MR. JUSTICE MCREYNOLDS took no part in the consideration or decision of this case. *Mr. Alfred E. Driscoll* for appellants. *Mr. William A. Moore* for appellees.